UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WAYNE KING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN D. CHOKATOS, et al.,<br><br>　　　　　Defendants. | 1:12-cv-01936-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**December 9, 2015 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Wednesday, **December 9, 2015 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, the parties' willingness to consent to Magistrate Judge jurisdiction for trial, and whether early settlement proceedings would be beneficial. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **December 1, 2015**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE