UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WAYNE KING,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN D. CHOKATOS, et al.,<br><br>            Defendants. | 1:12-cv-01936-LJO-EPG-PC<br><br>SCHEDULING ORDER FOLLOWING STATUS CONFERENCE HELD ON APRIL 21, 2016<br><br>**Telephonic Status Conference**:<br>            June 29, 2016<br>            10:00 a.m.<br>            Courtroom 10 (EPG)<br><br>**Deadline to File Notice of Disclosure of Expert Witnesses**:     July 22, 2016<br><br>**Deadline to File Responses to Notice of Disclosure**:<br>            September 9, 2016<br><br>ORDER FOR CLERK TO SEND PLAINTIFF CONSENT/DECLINE FORM |

**I.    BACKGROUND**

Plaintiff, Darrell Wayne King ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case on November 29, 2012. (ECF No. 1.) This case now proceeds on the First Amended Complaint filed on September 2, 2014, with Plaintiff's Eighth Amendment claims against defendants Dr. John D. Chokatos and LVN Michele I. Stringer ("Defendants"), for failure to provide adequate medical care, and for supplemental state law claims. (ECF No. 33.)

This case is now in the discovery phase, pursuant to the Court's discovery and scheduling order filed on November 16, 2015. (ECF No. 41.) The deadline for completion of discovery is July 16, 2016. (Id.)

On January 28, 2016, Defendants filed a motion for summary judgment. (ECF No. 46.) On March 21, 2016, Plaintiff filed an opposition to the motion. (ECF No. 50.) Defendants' deadline to file a reply to the opposition is pending.

II.   STATUS CONFERENCE

On April 21, 2016 at 2:30 p.m., a telephonic status conference was held before Magistrate Judge Erica P. Grosjean. Plaintiff appeared telephonically on his own behalf, and Deputy California Attorney General Jason A. Braxton appeared telephonically on behalf of defendant Stringer. Mr. Braxton informed the Court that defendant Chokatos had retained new counsel that same day.[1]

The parties discussed the litigation schedule for this case. Plaintiff informed the Court that he is seeking counsel, wants to depose officers, and would not oppose a stay of discovery pending resolution of Defendants' motion for summary judgment. No formal motion to stay was before the Court, and no ruling was made at the hearing. The Court expects a decision on the motion for summary judgment by the end of June 2016, before the close of discovery.

Plaintiff indicated his willingness to consent to Magistrate Judge jurisdiction. The Court shall send Plaintiff a consent form to sign and return to the Court.

A telephonic status conference was scheduled for June 29, 2016 at 10:00 a.m. before Judge Grosjean, to discuss issues pending at that time, including the status of discovery. The parties were encouraged to move forward with discovery, but discussed reasonable expectations for discovery in light of the pending motion for summary judgment.

///

///

---

[1] On April 25, 2016, a stipulation for substitution of attorneys was filed, containing the signatures of defendant Chokatos, the outgoing attorney of record, and the incoming attorney of record. (ECF No. 54.) On April 26, 2016, the Court issued an order approving the substitution of attorneys. (ECF No. 55.) Therefore, defendant Chokatos is now represented by Susan E. Coleman of Burke, Williams & Sorenson LLP.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A Telephonic Status Conference is scheduled for **June 29, 2016 at 10:00 a.m.** before Magistrate Judge Erica P. Grosjean in Courtroom 10 at the United States District Court, 2500 Tulare Street, Fresno, California;

2. Those in attendance must be prepared to discuss issues pending at that time, including the status of discovery;

3. Counsel for Defendant Stringer shall arrange for the participation of Plaintiff in the telephonic status conference, coordinate a one-line conference call with Plaintiff and counsel for Defendant Chokatos, and initiate the telephonic hearing at chambers phone number **(550) 499-5960.**

4. The Clerk is directed to send Plaintiff the Court's form for consent/decline of Magistrate Jurisdiction; and

5. The dates set forth in the Scheduling Order dated November 16, 2015 remain in effect.

IT IS SO ORDERED.

Dated:  **May 4, 2016**                                 /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

3