UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARRELL WAYNE KING,

           Plaintiff,

   vs.

JOHN D. CHOKATOS, et al.,

           Defendants.

1:12-cv-01936-LJO-EPG-PC

SCHEDULING ORDER FOLLOWING STATUS CONFERENCE HELD ON JULY 26, 2016

ORDER GRANTING IN PART DEFENDANT STRINGER'S MOTION TO MODIFY SCHEDULING ORDER (ECF No. 68.)

ORDER FOR DISCOVERY TO PROCEED FOR CLAIMS AGAINST DEFENDANT CHOKATOS, LIMITED TO CLAIMS ARISING FROM ALLEGATIONS BEGINNING ON OCTOBER 31, 2011

**New Discovery Cut-off Deadline:**    **October 19, 2016**

**New Dispositive Motions Deadline:**  **November 18, 2016**

**Telephonic Discovery Status Conference:**
                **October 19, 2016 at 2:00 p.m.**
                **Courtroom 10 (EPG)**
        **Notice of Discovery Disputes Due:**
                **October 5, 2016**

**Settlement Conference:**
                **November 2, 2016 at 10:00 a.m.**
                **Courtroom 6 (JLT)**
        **Confidential Settlement Conference**
        **Statements Due:**    **October 26, 2016**

**TTCH:**      **June 22, 2017 at 8:30 a.m.**
            **Courtroom 4 (LJO)**

**Jury Trial:**    **August 22, 2017 at 8:30 a.m.**
            **Courtroom 4 (LJO)**

## I.    BACKGROUND

    Darrell Wayne King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this case on November 29, 2012.  (ECF No. 1.)  This case now proceeds on the First Amended Complaint

filed on September 2, 2014, with Plaintiff's Eighth Amendment claims against defendant Dr. John D. Chokatos,[1] for failure to provide adequate medical care, and for supplemental state law claims.  (ECF No. 33.)

Pursuant to the Court's scheduling order issued on November 16, 2015, the deadline for completion of discovery expired on July 16, 2016, and the deadline for the parties to file pretrial dispositive motions shall expire on September 26, 2016.  (ECF No. 41.)

## II.    STATUS CONFERENCE

On July 26, 2016 at 10:00 a.m., a telephonic status conference was held before Magistrate Judge Erica P. Grosjean.  Plaintiff appeared telephonically on his own behalf; California Deputy Attorney General Jason A. Braxton appeared telephonically on behalf of defendant Stringer; and Kristina D. Gruenberg of Burke, Williams & Sorenson appeared telephonically on behalf of defendant Chokatos.  The parties discussed discovery issues and a litigation schedule for this case.

### A.    <u>Defendant Stringer's Motion to Modify Scheduling Order</u>

On July 13, 2016, defendant Stringer filed a motion to extend the discovery, dispositive motions, and expert witness disclosure deadlines, pending the Court's ruling on Defendants' motion for summary judgment.  (ECF No. 68.)  At the hearing, the Court granted the motion to extend discovery and the dispositive motions deadline.  The deadline for completion of discovery was extended from July 16, 2016 to October 19, 2016, and the deadline for the parties to file pretrial dispositive motions was extended from September 26, 2016 to November 18, 2016.

The Court stayed the case against defendant Stringer, and the parties were permitted to only conduct discovery concerning the claims against defendant Chokatos arising from allegations beginning on October 31, 2011, pending a final ruling on the motion for summary judgment.

---

[1] On August 5, 2016, the Court issued an order granting defendants' motion for summary judgment based on failure to exhaust and dismissing defendant Michelle I. Stringer from this action.  (ECF No. 72.)  Thus, defendant Chokatos is now the sole defendant in this action.

The Court denied the motion to extend the deadline for disclosure of expert witnesses. Plaintiff stated that he believes experts are needed to expose problems with defendant Chokatos' procedures, and he requested appointment of an expert by the Court.  The Court advised Plaintiff that exceptional reasons must be shown before for such appointment will be made.  Plaintiff is permitted to file a motion for appointment of an expert if he wishes.

**B.**   **Discovery Issues**

The parties discussed pending discovery issues.  To date, Defendants have taken Plaintiff's deposition and obtained Plaintiff's medical records.  Plaintiff has served discovery requests but has not received responses to all of his requests.  Plaintiff stated that he requested medical records, but has not been provided with any records from 2011.  Plaintiff also requested copies of policies and procedures.  Defense counsel Gruenberg stated that she has medical records from 2011 in her possession.

The Court ordered Defendant Chokatos to provide Plaintiff with all of Plaintiff's 2011-2012 medical records in Greunberg's possession, no later than **August 5, 2016**.  The Court also ordered Defendant Chokatos to respond to Plaintiff's pending discovery requests by **August 23, 2016**.  Limited discovery requests regarding claims against defendant Chokatos, as discussed above, shall be served by **August 9, 2016**, with forty-five days for service of responses.

**C.**   **Further Scheduling**

The Court set out dates and deadlines in this case, as follows:

**1.**   **New Deadlines for Discovery and Dispositive Motions**

The deadline for completion of discovery was extended from July 16, 2016 to **October 19, 2016**, and the deadline for the parties to file pretrial dispositive motions was extended from September 26, 2016 to **November 18, 2016**.

**2.**   **Telephonic Discovery Status Conference**

A Telephonic Discovery Status Conference is scheduled for **October 19, 2016 at 2:00 p.m.** before Magistrate Judge Erica P. Grosjean in Courtroom 10.  The parties shall file written notice to the Court of any discovery disputes no later than **October 5, 2016**, with responses due

by **October 12, 2016**.  To join the Telephonic Discovery Status Hearing, the parties shall each call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 19, 2016.**

### 3.      Settlement Conference

A settlement conference is scheduled for **November 2, 2016 at 10:00 a.m.** before Magistrate Judge Jennifer L. Thurston, at the United States Courthouse, 2500 Tulare Street, Fresno, California, Seventh Floor, Courtroom 6.    The parties' confidential settlement conference statements shall be due one week before the settlement conference, no later than **October 26, 2016**.

Plaintiff shall appear in person the settlement conference.  The Court shall issue a writ of *habeas corpus ad testificandum* to transport Plaintiff to Court for the settlement conference.

Defense counsel shall appear at the settlement conference in person with full authority to negotiate and settle the case on any terms. Government entities may appear through litigation counsel only, but must have immediate access to the individual with settlement authority.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.

Each party shall provide a Confidential Settlement Conference Statement to:

> Chambers of Magistrate Judge Jennifer P. Thurston
> United States District Court
> 2500 Tulare Street, Room 1501
> Fresno, California  93721

so they are received no later than **October 26, 2016**, and file a **Notice of Submission** of the Confidential Settlement Conference Statement with the Clerk of the Court (See L.R. 270(d)). Settlement statements **should not be filed** with the Clerk of the Court nor served on any other party. Settlement statements shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

///

4

(1)    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

(2)    An evaluation of damages expected at trial if Plaintiff prevails on his claims;

(3)    An estimate of the cost and time to be expended for further discovery, pretrial, and trial;

(4)    The relief sought;

(5)    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands; and

(6)    A brief statement of each party's expectations and goals for the settlement conference.

**4.    TTCH and Trial**

A Telephonic Trial Confirmation Hearing (TTCH) is scheduled for **June 22, 2017 at 8:30 a.m.**, and Jury Trial for this case is scheduled to commence on **August 22, 2017 at 8:30 a.m.**, before the Honorable Lawrence J. O'Neill in Courtroom 4.  The parties had no objections to these dates.

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    Defendant Stringer's motion to modify the scheduling order, filed on July 13, 2016, is GRANTED in part;

2.    The deadline for completion of discovery, including the filing of motions to compel, is extended from July 16, 2016 to **October 19, 2016**;

4.    The deadline for filing pretrial dispositive motions is extended from September 26, 2016 to **November 18, 2016**;

5.    The motion for extension of the deadline for expert witness disclosure is DENIED;

6.    Discovery shall proceed for claims against defendant Chokatos, limited to those

claims arising from Plaintiff's allegations beginning on October 31, 2011;

7.    A Telephonic Discovery Status Conference is scheduled for **October 19, 2016 at 2:00 p.m.** before Magistrate Judge Erica P. Grosjean in Courtroom 10 at the United States District Court, 2500 Tulare Street, Fresno, California.  The parties shall file written notice to the Court of any discovery disputes no later than **October 5, 2016**, with responses due by **October 12, 2016**.   To join the Telephonic Discovery Status Conference, the parties shall each call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 19, 2016**;

5.    A Settlement Conference is scheduled for **November 2, 2016 at 10:00 a.m.** before Magistrate Judge Jennifer L. Thurston, at the United States Courthouse, 2500 Tulare Street, Fresno, California, Seventh Floor, Courtroom 6.   The parties' confidential settlement conference statements shall be due one week before the settlement conference, no later than **October 26, 2016**;

6.    A Telephonic Trial Confirmation Hearing (TTCH) is scheduled for **June 22, 2017 at 8:30 a.m.** before the Honorable Lawrence J. O'Neill in Courtroom 4; and

7.    Jury Trial for this case is scheduled to commence on **August 22, 2017 at 8:30 a.m.**, before the Honorable Lawrence J. O'Neill in Courtroom 4.

IT IS SO ORDERED.

Dated:   **August 18, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE