UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WAYNE KING,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN D. CHAKATOS, et al.,<br><br>                Defendants. | 1:12-cv-01936-LJO-EPG (PC)<br><br>ORDER & WRIT OF *HABEAS CORPUS AD TESTIFICANDUM* TO TRANSPORT PLAINTIFF DARRELL WAYNE KING, CDCR # J-96720, AND HIS LEGAL PROPERTY TO SETTLEMENT CONFERENCE<br><br>DATE: November 2, 2016<br>TIME:  10:00 a.m. |

      Darrell Wayne King, inmate, CDCR #J-96720 a necessary and material witness on his own behalf in a settlement conference in this case on November 2, 2016, is confined at Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, California, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of *Habeas Corpus ad Testificandum* issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on November 2, 2016, at 10:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of *Habeas Corpus ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Pleasant Valley State Prison**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

      **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **September 23, 2016**             /s/ Erica P. Grosjean
                                                                                                     UNITED STATES MAGISTRATE JUDGE