# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WAYNE KING,<br><br>    Plaintiff,<br><br>v.<br><br>CHOKATOS, et al,<br><br>    Defendants. | Case No.  1:12-cv-01936-LJO-EPG<br><br>**ORDER DISMISSING THIS ACTION WITH PREJUDICE**<br><br>**[Federal Rules of Civil Procedure, Rule 41(a)(1)(ii)]**<br><br>Judge:    Hon. Lawrence J. O'Neill |

Under the Joint Stipulation To Dismiss This Action With Prejudice filed by Plaintiff Darrell King and Defendant Chokatos, and Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action including all claims against Defendant Chokatos is dismissed with prejudice.  Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  __October 17, 2016__          _____/s/ Lawrence J. O'Neill_____
                                                              UNITED STATES CHIEF DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-0755-1035 v1

1:12-CV-01936-LJO-EPG
ORDER